NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3263

### RICHARD A. MCGEE,

Petitioner,

v.

### DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board in CH0752080403-I-1.

## ON MOTION

## O R D E R

Upon consideration of the petitioner's motion for a 45-day extension of time, until June 18, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted. No further extensions should be anticipated.

FOR THE COURT

**APR 2 9 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Lawrence J. Fleming, Esq.
      Leslie Cayer Ohta, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 9 2010

JAN HORBALY
CLERK